IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | No. 23-CR-03035 |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Counts 1 |
| | ) | 18 U.S.C. § 922(a)(6): False |
| HUNTER DEAN COLLIER, | ) | Statement During Purchase of a Firearm |
| Defendant. | ) | |

The Grand Jury charges:

## Count 1

## False Statement During Purchase of a Firearm

On or about July 25, 2022, in the Northern District of Iowa, defendant, HUNTER DEAN COLLIER, in connection with the acquisition of a firearm, namely a Glock, Model 42, .380 ACP pistol, from The Iowa Outdoors Store, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Iowa Outdoors Store, LLC, which statement was intended and likely to deceive The Iowa Outdoors Store, LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented the firearm he was purchasing was for himself, when in fact defendant purchased the firearm on behalf of another person.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1
Case 3:23-cr-03035-LTS-KEM   Document 3   Filed 11/16/23   Page 1 of 2

A TRUE BILL

_____  11/15/23
Grand Jury Foreperson          Date

TIMOTHY T. DUAX
United States Attorney

By: _____

PATRICK T. GREENWOOD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

NOV 1 6 2023

And filed _____
PAUL DE YOUNG, CLERK